UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
            -v-                                      :        S8 23 Cr. 501 (JPC)
:
FRANCISCO ALBERTO LOPEZ REYES,                       :
    a/k/a "Frank," *et al.*,                         :
:
                    Defendants.                      :
:
-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                            :
:
            -v-                                      :        24 Cr. 430 (JPC)
:
MIGUEL CONCEPCION BRITO, *et al.*,                   :        ORDER
:
                    Defendants.                      :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

       The Court has received a letter from Defendant Miguel Concepcion Brito dated July 23, 2025, indicating Defendant's desire that the Court appoint him new counsel. Defendant Miguel Concepcion Brito, Defendant's attorney, Lauren Di Chiara, and the Government shall appear before the undersigned to discuss this issue on September 5, 2025, at 2:00 p.m., in Courtroom 12D of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: August 4, 2025
      New York, New York

                                                    JOHN P. CRONAN
                                                United States District Judge