UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

UNITED STATES OF AMERICA

-v-

MIGUEL CONCEPCION BRITO,

Defendant.

---------------------------------------------------------------------X

24 Cr. 430 (JPC)

ORDER

JOHN P. CRONAN, United States District Judge:

At Defendant's sentencing in *United States v. Miguel Concepcion Brito*, No. S8 23 Cr. 501, on October 5, 2026, the Court granted the Government's motion to dismiss all open counts against Defendant Miguel Concepcion Brito, including in this case. Accordingly, the counts in No. 24 Cr. 430 are dismissed as to Defendant Miguel Concepcion Brito.

SO ORDERED.

Dated: October 6, 2026
New York, New York

JOHN P. CRONAN
United States District Judge